# First District Court of Appeal
## State of Florida

———————————————

No. 1D19-0655

———————————————

Tara Missel,

   Petitioner,

v.

Iverson Aiken,

   Respondent.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

March 11, 2019

Per Curiam.

The petition for writ of prohibition is denied on the merits.

Wetherell, Osterhaus, and Winokur, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Christopher V. Carlyle, B.C.S. of the Carlyle Appellate Law Firm, Orlando, for Petitioner.

No appearance for Respondent.